## BOBB *v.* JAMISON.

ERROR TO THE SUPREME COURT OF THE STATE OF MISSOURI.

No. 267. Submitted December 10, 1894. — Decided December 17, 1894.

*Duncan* v. *Missouri*, 152 U. S. 377, affirmed and followed.

MOTION to dismiss. This cause, after trial below, was argued before the Supreme Court of Missouri, Division No. 2, *in banc.* The organization of that court is set forth in the statement of facts in *Duncan* v. *Missouri*, 152 U. S. 377. After the court had given its opinion and announced its judgment, the plaintiffs in error for the first time raised a Federal question in the cause in a motion for a rehearing. That motion being denied, the case was brought here by writ of error, which writ the defendants in error moved to dismiss.

*Mr. Thomas J. Rowe* in support of the motion.

*Mr. Michael Kinealy*, (with whom was *Mr. James R.* *Kinealy* on the brief,) opposing.

THE CHIEF JUSTICE : The writ of error is dismissed on the authority of *Duncan* v. *Missouri*, 152 U. S. 377, and cases cited.

*Writ of error dismissed.*